```
JARED BOBROW (Bar No.133712)
jared.bobrow@weil.com
J. JASON LANG (Bar No. 255642)
jason.lang@weil.com
AMANDA BRANCH (Bar No. 300860)
amanda.branch@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
MICRON TECHNOLOGY, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL L. FLAMM,<br><br>          Plaintiff,<br><br>     v.<br><br>MICRON TECHNOLOGY, INC.<br><br>          Defendant. | Case No. 5:16-cv-01581-BLF<br><br>Hon. Beth Labson Freeman<br><br>**DECLARATION OF W. DAVID WESTERGARD IN SUPPORT OF STAY OF PROCEEDINGS** |

I, W. David Westergard, declare as follows:

1. I am an attorney licensed to practice law in the state of Idaho. I am the Director of Patent Licensing and European Litigation at Micron Technology, Inc. ("Micron"), the named defendant in this action. I submit this declaration in response to the Court's August 8, 2016 Order requesting notice of Micron's involvement, or lack thereof, in Lam Research Corporation's ("Lam's") petitions for *inter partes* review on the patents-in-suit.

2. I am the attorney at Micron who is responsible for the day-to-day supervision and decision-making in this matter. I have knowledge of the facts set forth below, and if called upon as a witness, I could competently testify to the truth of each statement herein.

3. Micron is not, and has not been, involved in Lam's petitions for *inter partes* review or the strategy related thereto. Micron has not assisted Lam with any prior art search, with any selection of prior art, or with any aspect of the drafting or prosecution of Lam's IPR petitions.

4. As Micron has not had any involvement in Lam's IPR petitions, Micron agrees to be bound by the limited estoppel set forth by the Court. Specifically, Micron agrees to be estopped from asserting in this litigation any invalidity ground that was actually raised and finally adjudicated in Lam's IPR proceedings.

Executed on August 10, 2016 at Boise, Idaho.

I declare under penalty of perjury that the foregoing is true and correct.

_W. David Westergard_

---

DECLARATION OF WESTERGARD ISO STAY OF PROCEEDINGS       2       CASE NO. 5:16-cv-01581-BLF